

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF v. JAMES FRANK BERRY DEFENDANT(S). | CASE NUMBER SACR 07-127-DOC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __JUNE 20__, __2012__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __6/19/12__        _[signature]_
U.S. ~~District Judge~~/Magistrate Judge