1
2
3
4
5
6

7  UNITED STATES DISTRICT COURT

8  CENTRAL DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, ) Case No.: SACR 07-127-DOC
11 |            Plaintiff,       ) ORDER OF DETENTION
12 |    v.                       ) (FED.R. CRIM. P.32.1(a)(6); 18
13 | JAMES FRANK BERRY           ) U.S.C. § 3143(a))
14 |            Defendant.       )

15

16   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

   Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- Associated with multiple personal identifiers;
- Failures to obey court orders previously

1

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/20/12

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge